1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

11

## CENTRAL DISTRICT OF CALIFORNIA

12

CORE NUTRITIONALS, LLC,

Case No. SACV 15-1705 PA (DFMx)

13

Plaintiff,

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

14

v.

Hon. Percy Anderson

15

MITCH CASALE aka MITCH
MITCHELL dba CRUSHIT GYM
16
GEAR and DOES 1-10,

17

Defendants.

18
19
20
21
22
23
24
25
26
27
28

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Los Angeles

[Proposed] Consent Judgment
and Permanent Injunction

**Exhibit 1
Page 2**

1    WHEREAS, plaintiff Core Nutritionals, LLC ("Core Nutritionals") and

2  defendant Mitch Casale aka Mitch Mitchell dba Crushit Gym Gear ("Crushit Gym

3  Gear") have agreed in a separate agreement to settlement of the matters in issue

4  between them and to entry of this Consent Judgment and Permanent Injunction, it

5  is hereby ORDERED, ADJUDGED, AND DECREED THAT:

6    1.    This is an action for: (1) federal trademark infringement and federal

7  false designation of origin under the Trademark (Lanham) Act of 1946, as amended,

8  15 U.S.C. §1051, *et seq.*; (2) statutory unfair competition under California Business

9  and Professions Code §17200, *et seq.*; (3) common law trademark infringement; and

10  (4) common law unfair competition.

11    2.    This Court has jurisdiction over all of the parties in this action and over

12  the subject matter in issue based on 28 U.S.C. §§1331, 1338(a), 1338(b), and

13  1367(a), as well as 15 U.S.C. §1121(a).  This Court further has continuing

14  jurisdiction to enforce the terms and provisions of this Consent Judgment and

15  Permanent Injunction.  Venue is also proper in this Court pursuant to 28 U.S.C.

16  §§1391(b) and 1391(c).

17    3.    Core Nutritionals is a Virginia limited liability company, having its

18  principal place of business at 820 North Pollard Street #3, Arlington, Virginia

19  22203.

20    4.    Crushit Gym Gear is an individual who resides at 20952 Coast View

21  Lane, Huntington Beach, California 92648.

22    5.    Core Nutritionals is the owner of all right, title, and interest in United

23  States Trademark Registration No. 4,469,572 ("the '572 trademark"), which is valid

24  and enforceable.  A copy of this registration is attached hereto as **Exhibit 1**.

25    6.    Crushit Gym Gear has advertised, marketed, promoted, distributed,

26  offered for sale, and sold clothing (including T-shirts, tank tops, and hats) using

27  and/or bearing "CRUSH IT" and/or "CRUSHIT" in the United States (the

28  "CRUSHIT clothing").   Examples from Crushit Gym Gear's internet websites

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

[Proposed] Consent Judgment
and Permanent Injunction
**Exhibit 1**
**Page 3**

(www.crushitgymgear.com and www.crushitgymgear.bigcartel.com) are attached hereto as **Exhibits 2 & 3**.

7.     Crushit Gym Gear's advertising, marketing, promotion, distribution, offer for sale, and sale of the CRUSHIT clothing is likely to cause, and has caused, confusion, mistake, and deception among the consuming public in that it literally and/or colorably imitates the '572 trademark.  It therefore constitutes infringement of the '572 trademark in violation of the Lanham Act, 15 U.S.C. §1051, *et seq.*, to the substantial and irreparable injury of the public and of Core Nutritionals' business reputation and goodwill.

8.     Crushit Gym Gear's advertising, marketing, promotion, distribution, offer for sale, and sale of the CRUSHIT clothing has also infringed on Core Nutritionals' federal and common law trademark rights in the '572 trademark in violation of Section 43(a) of the Landham Act, 15 U.S.C. §1125(a), as such acts are likely to deceive, and have deceived, customers and prospective customers into believing that Crushit Gym Gear's CRUSHIT clothing is from, sponsored by, or affiliated with Core Nutritionals.

9.     Crushit Gym Gear's advertising, marketing, promotion, distribution, offer for sale, and sale of the CRUSHIT clothing further constitutes statutory unfair competition in violation of California Business & Professions Code §17200, *et seq.*, common law trademark infringement, and common law unfair competition.

10.     Crushit Gym Gear, his agents, assigns, and all persons and/or entities acting for, with, by, though, and/or in concert and participation with them, or any of them, are hereby permanently enjoined from engaging in any of the following activities:

(a)     manufacturing, advertising, marketing, promoting, distributing, offering for sale, and/or selling the CRUSHIT clothing;

(b)     manufacturing, advertising, marketing, promoting, distributing, offering for sale and/or selling clothing, namely, T-shirts, hooded sweatshirts, long-

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[Proposed] Consent Judgment
and Permanent Injunction
**Exhibit 1**
**Page 4**

1  sleeve shirts, tank tops, jackets, hats, pants, and shorts, that infringe the '572

2  trademark;

3          (c)    using "CRUSH IT," "CRUSHIT," "CRUSH," and/or any other

4  designation that is a colorable imitation of, or is confusingly similar to, the '572

5  trademark in connection with the manufacture, advertisement, marketing, promotion,

6  distribution, offer for sale and/or sale of clothing, namely, T-shirts, hooded

7  sweatshirts, long-sleeve shirts, tank tops, jackets, hats, pants, and shorts;

8          (d)    using crushitgymgear.com, crushitgymear.bigcartel.com, or any

9  other domain name that includes "CRUSH IT," "CRUSHIT," "CRUSH," and/or

10  any other designation that is a colorable imitation of, or is confusingly similar to,

11  the '572 trademark, in connection with the manufacture, advertisement, marketing,

12  promotion, distribution, offer for sale and/or sale of clothing, namely, T-shirts,

13  hooded sweatshirts, long-sleeve shirts, tank tops, jackets, hats, pants, and shorts;

14          (e)    using the '572 trademark and/or any other mark that is a

15  colorable imitation thereof, or confusingly similar thereto, in connection with the

16  manufacture, advertisement, marketing, promotion, distribution, offer for sale

17  and/or sale of clothing, namely, T-shirts, hooded sweatshirts, long-sleeve shirts,

18  tank tops, jackets, hats, pants, and shorts, or any goods or services not originating

19  from or authorized by Core Nutritionals;

20          (f)    using the '572 trademark and/or any other mark that is a

21  colorable imitation thereof, or confusingly similar thereto, in any manner likely to

22  cause confusion, to cause mistake, or to deceive the consuming public;

23          (g)    representing in any manner, or by any method whatsoever, that

24  goods, services, or other products provided by Crushit Gym Gear are sponsored,

25  approved, authorized by, or originate from Core Nutritionals or otherwise taking any

26  action likely to cause confusion, mistake, or deception as to the origin, approval,

27  sponsorship, or certification of such goods or services;

28

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Los Angeles

3

[Proposed] Consent Judgment
and Permanent Injunction
**Exhibit 1**
**Page 5**

1          (h)    committing any acts calculated or likely to cause consumers to

2  believe that Crushit Gym Gear's products are Core Nutritionals' products or are

3  authorized Core Nutritionals products unless they are such;

4          (i)    unfairly competing with Core Nutritionals in any manner.

5      11.    Service by first class mail upon Crushit Gym Gear, addressed to Mitch

6  Casale, 20952 Coast View Lane, Huntington Beach, California 92648 of a copy of

7  this Consent Judgment and Permanent Injunction entered by the Court is deemed

8  sufficient notice under Federal Rule of Civil Procedure 65.  It shall not be necessary

9  for Crushit Gym Gear to sign any form of acknowledgement of service.

10      12.    The parties shall bear their own attorneys' fees and costs.

11

12  **IT IS SO ORDERED:**

13

14

15  Dated:  December 18, 2015

16                         Hon. Percy Anderson
                            United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

4

[Proposed] Consent Judgment
and Permanent Injunction

**Exhibit 1**
**Page 6**

Presented by:

Lawrence R. LaPorte (State Bar No. 130,003)
*llaporte@manatt.com*
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 312-4000
Facsimile:  (310) 312-4224

Charles A. Kertell (State Bar No. 181,214)
*ckertell@manatt.com*
MANATT, PHELPS & PHILLIPS, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Telephone: (714) 371-2500
Facsimile:  (714) 371-2550

Attorneys for Plaintiffs
CORE NUTRITIONALS, LLC

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Los Angeles

5

[Proposed] Consent Judgment
and Permanent Injunction
**Exhibit 1**
**Page 7**

# EXHIBIT 1

Exhibit 1
Page 8



# United States of America
## United States Patent and Trademark Office

# CRUSH IT

**Reg. No. 4,469,572**

**Registered Jan. 21, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CORE NUTRITIONALS, LLC (VIRGINIA LIMITED LIABILITY COMPANY)
3830 9TH STREET NORTH
201E
ARLINGTON, VA 22203

FOR: CLOTHING, NAMELY, T-SHIRTS, HOODED SWEATSHIRTS, LONG-SLEEVE SHIRTS, TANK TOPS, JACKETS, HATS, PANTS, AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-1-2007; IN COMMERCE 1-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 4,341,175.

SER. NO. 85-929,794, FILED 5-13-2013.

KATHERINE STOIDES, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

Exhibit 1
Page 6

Exhibit 1
Page 9

# EXHIBIT 2

Exhibit 1
Page 10



# CRUSHIT GYM GEAR

**PAYPAL ACCEPTED!**

Home   Products   Video

**Mitch Mitchell - CEO**

## Our Gym Gear is Super Special, Fits and Feels Like None Other, Made in USA!

**Welcome**

CRUSHIT GYM GEAR- Designed and Created my Mitch Mitchell, Tested by Athletes All Over the World and Proven to Give You the Extra Power CRUSHIT!

**Upcoming Events**

Stay Tuned For CRUSHIT Sponsored Athletes Competing, Special Gym Days and more................................!

**Contact Us**

e-mail: crushitgymgear1@yahoo.com
facebook: Mitch Mitchell
Instagram: crushitgymgear

## CRUSHIT GYM GEAR ATHLETES & FITNESS FANS WORLDWIDE!



**"The Mighty Mitchster"**



**Devin "The Destroyer"**



**Todd "The Tornado"**









**Exhibit 2**
**Page 7**

**Exhibit 1**
**Page 11**

http://www.crushitgymgear.com/                                                    10/7/2015



**Tanoai Reed - Samoan Stuntman
Duane Johnson, Hawaii Five-O, etc.**



**Paige Hathaway - Fitness Model
and Team Shredz Athlete**



**Scott Clifton - 2X NPC
Champion/Model/Actor**



**Caya Ukkas Hefner - DJ/Model**



**Tricia Lynn - Fitness Model**

**Milanya Maria - Int'l Model**



**Pham Vu - Elev8 Gym/L.V.F.T.**



**Bianca/Swiffist Brawler Chick**



**Sandra Milena - Nat'l Qual Bikini
and CRUSHIT GYM GEAR
Sponsored Athlete**



**Maria Syngrou - Fittwin/NPC
Bikini/Fitness Model**









KC Mitchell "That One Leg
Monster" and 5% Athlete

Angeles Casteran - 3X Overall
NPC Figure Champion/CPT



Michael Parker - NPC Physique
and CRUSHIT GYM GEAR
Sponsored Athlete



Emirhan "The Hammer" NPC
Physique Competitor/Team WNC



Rachel Nason - Muscle Momma
2X National Bikini Competitor



Nick A. - NPC Physique/Alpha
Fit Meals/CPT





Michael Stripling - NPC Physique
Champion and Body.By.Mike CPT





**About to CRUSHIT!**



**Team Work!**

**The OG CRUSHIT CREW - L-R, Moi, Mitch, Big Walter, Danny, Moe_Zilla**



**Liz Webster - Momma Physique and Team Shredz Athlete**



**Jr. Villalobos - CEO /Owner Fit Nation Gym**



**Devin Physique - Team Shredz Athlete/The Dedicated Brand**





## Any Questions or To Order Merchandise Please e-mail me with item#, Qty., and Shipping Address to: crushitgymgear1@yahoo.com

## Easy Drop Box Order System Not Ready Just Yet So Please Be Patient and Use e-mail, Thank You!

Website Designed by CRUSHIT GYM GEAR © 2015 at Homestead™ Design a Website and List Your Business



# CRUSHIT GYM GEAR

High quality and 100%
customer satisfaction
are our top priorities.

PAYPAL ACCEPTED!

**Home**   **Products**   **Video**    To Order Please e-mail: crushitgymgear1@yahoo.com

## CRUSHIT GYM GEAR Products    *Official-CRUSHIT GYM GEAR SHIRTS

We Take Pride in
Our Wide
Selection of
Quality Products.
All of the
Products We
Offer are Made
in the USA!



CRB-001
**OG Black with Red Ink
Racer Back Tank
$25.00 each Med-XXL**



CAR-001
**Black with Gray Ink
Athletic Ringer
$25.00 each Med-XXL**



CRB-002
**Red with Black Ink
Racer Back Tank
$25.00 each Med-XXL**



CRB-003
**Gray with Black Ink
Racer Back Tank
$25.00 each Med-XXL**



CRB-004
**Turquoise with White Ink
Racer Back Tank
$25.00 each Med-XXL**



CBG-001
**Black Tee with Skull Red Hat Crushing
Dumbell $22.00 small-xlarge
$25.00 2X-4X
*Tank Tops Available but not shown.**

## *Official-CRUSHIT GYM GEAR HATS



CSB-001
**Black 6 Panel Snap Back
Hat with White 3D Puff
Print $25.00**



CSB-002
**Black 6 Panel Snap Back
Hat with Hot Pink 3D Puff
Print  $25.00**



CSB-003
**Red 6 Panel Snap Back Hat
with Black 3D Puff Print
$25.00**



CSB-004
**Blue 6 Panel Snap Back Hat
with White 3D Puff Print
$25.00**









Exhibit 2
Page 12

Exhibit 1
Page 16









**CSB-005**

**Black 6 Panel Snap Back Hat with Gray Bill & 3D Puff Print  $25.00**

**CSB-006**

**Black 6 Panel Snap Back Hat with Turquoise Bill & White 3D Puff Print $25.00**

**CSB-007**

**Camouflage 6 Panel Snap Back Hat with Black 3D Puff Print $25.00**

**CSB-008**

**Camouflage 6 Panel Snap Back Hat with Barbie Pink 3D Puff Print $25.00**









# *Empire Supplements Official Dealer of CRUSHIT GYM GEAR





1-951-756-6630

2128 Thibodo Court Suite #B, Vista, CALIFORNIA  92081

## Girls NEED to CRUSHIT Too!

http://www.crushitgymgear.com/Products.html

Exhibit 2
Page 13

Exhibit 1
Page 17

10/7/2015




**Girls Just <3 Pink n Black!**




Why, Because Purple is Awesome!

Designing Ladies/Girls Gym Gear Isn't Easy, But With a Goal in Mind, and Quality Test Proven Results,This Brand Gives You The Ultimate Power to "CRUSHIT"!



Exhibit 2
Page 14

Exhibit 1
Page 18



**\*New Stuff in the Works, Any ideas?**
**Please e-mail:**
**crushitgymgear1@yahoo.com**

**To Order Please e-mail me with**
**part#, Qty., and Shipping**
**Address, I will Calculate and**
**We'll Get Your Order Rolling!**
**PayPal and Prepaid Personal**
**Check or Money Order**
**Accepted!**

**Please Use This System as**
**the Easy Drop Box Order**
**Form isn't ready Just Yet.**
**Thanks For Your Patience!**

Website Designed by CRUSHIT GYM GEAR © 2015 at Homestead™ Design a Website and List Your Business

Exhibit 2
Page 15

Exhibit 1
Page 19

http://www.crushitgymgear.com/Products.html

10/7/2015

# EXHIBIT 3

Exhibit 1
Page 20



## Cart $0.00 0

## Products

- Hats
- Tees

- Contact

*Online Store by Big Cartel*
0MenuCRUSHIT GYM GEAR



Red Hot Red CRUSHIT Racer Back Stringer$25.99



Camo Snap Back$25.99

Exhibit 3
Page 16

Exhibit 1
Page 21

10/7/2015

Case 8:15-cv-01705-PA-DFM   Document 12   Filed 12/18/15   Page 21 of 30   Page ID #:145



CRUSHIT HAT$25.99



CRUSHIT ATHLETIC RINGER$25.99

Case 8:15-cv-01705-PA-DFM   Document 12   Filed 12/18/15   Page 22 of 30   Page ID #:146



CRUSHIT STRINGER$25.99

Exhibit 3
Page 18

Exhibit 1
Page 23



**Cart $0.00 0**

**Products**

- Hats
- Tees

- Contact

*Online Store by Big Cartel*
0MenuCRUSHIT GYM GEAR







# Camo Snap Back

$25.99

Exhibit 3
Page 19

Exhibit 1
Page 24

Add to Cart

6 panel snap back hat adjustable

Exhibit 3
Page 20

Exhibit 1
Page 25



## Cart $0.00 0

## Products

- Hats
- Tees

- Contact

*Online Store by Big Cartel*
0MenuCRUSHIT GYM GEAR



**Exhibit 3**
**Page 21**

**Exhibit 1**
**Page 26**

http://crushitgymgear.bigcartel.com/product/crushit-hat                    10/7/2015

Case 8:15-cv-01705-PA-DFM   Document 12   Filed 12/18/15   Page 26 of 30   Page ID #:150



# CRUSHIT HAT

$25.99

Add to Cart

6 PANEL SNAP BACK HAT

Exhibit 3
Page 22

Exhibit 1
Page 27

http://crushitgymgear.bigcartel.com/product/crushit-hat                      10/7/2015



## Cart $0.00 0

## Products

- Hats
- Tees

- Contact

*Online Store by Big Cartel*
0MenuCRUSHIT GYM GEAR





## CRUSHIT ATHLETIC RINGER

$25.99

Add to Cart

AVAILABLE IN ONLY GRAY AND BLACK, MADE IN USA!



**Cart $0.00 0**

**Products**

- Hats
- Tees
- Contact

*Online Store by Big Cartel*
0MenuCRUSHIT GYM GEAR



Exhibit 3
Page 25

Exhibit 1
Page 30

http://crushitgymgear.bigcartel.com/product/crushit-stringer

10/7/2015

Case 8:15-cv-01705-PA-DFM   Document 12   Filed 12/18/15   Page 30 of 30   Page ID #:154




# CRUSHIT STRINGER

$25.99

Add to Cart

STRINGER TANK-AVAILABLE IN RED N BLACK ONLY- MADE IN USA!

Exhibit 3
Page 26
http://crushitgymgear.bigcartel.com/product/crushit-stringer

Exhibit 1
Page 31
10/7/2015